# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| Vellata, LLC,<br>    Plaintiff,<br>       v.<br>Ciena Corporation,<br>    Defendant. | 2:11-cv-01516-AHM (AGRx)<br><br>Order Dismissing Defendant Ciena<br><br>Judge Matz |

Pursuant to a stipulation of counsel, it is ordered that all claims by plaintiff Vellata, LLC ("Vellata") against defendant Ciena Corporation ("Ciena") are dismissed with prejudice.

Therefore, the lawsuit is dismissed in its entirety with prejudice under FED. R. CIV. P. 41(a)(2).

Each party will bear its own costs and attorneys' fees.

Dated: May 11, 2011

_____
United States District Judge

**JS-6**

---

Order Dismissing Defendant Ciena     1